walk, where she was in safety, turned off some way, without knowing how she went or where she went, and walked on until she fell into the open areaway. We think this of itself was not such care as an ordinarily prudent person would exercise. We think the accident occurred, perhaps, through her misapprehension of the locality or of her own position, and, believing that she was following the path to the rear of the premises, she walked into the areaway. Had she taken care to inform herself of her position, or, being in ignorance of it, walked in such a manner as to protect herself, it can be said almost with certainty that she would not have been injured. She chose the other method and received the injury. Whatever there may be of her injuries, she received them through a lack of caution on her part and upon a deliberate assumption of the risks by entering upon the premises without knowing the situation. We think the complaint should have been dismissed, and that the evidence did not warrant the finding of the jury. The judgment and order should be reversed, and a new trial granted.

WILLIAMS, J., concurs.

McKANE, Respondent, v. McKANE, Appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by Theodore McKane against James McKane. No opinion. Appeal dismissed by default, with $10 costs and disbursements.

McNEIL, Respondent, v. HALL, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by Catharine McNeil against Daniel Hall.

PER CURIAM. Order of reversal, heretofore made and entered by this court (94 N. Y. Supp. 920), amended so as to read: Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the event, upon questions of law only; the facts having been examined and no error found therein.

McNEIL, Respondent, v. VILLAGE OF FREDONIA, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1905.) Action by Clara D. McNeil against the village of Fredonia.

PER CURIAM. Judgment and order affirmed, with costs.

NASH, J., dissents.

MACOMBER, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1905.) Action by Corinthian Macomber against Adam Brown. No opinion. Interlocutory judgment affirmed, with costs, with leave to plead over upon payment of the costs of the demurrer and of this appeal.

MACY, Respondent, v. MYERS, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1905.) Action by Cromwell G. Macy, Jr., against Irvy Myers. No opinion. We find no warrant in the Municipal Court act for an appeal from such an order as this. Appeal dismissed, without costs.

MADDEN, Respondent, v. HUGHES et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 16, 1905.) Action by James Madden against James Hughes and others. No opinion. Motion for leave to appeal to the Court of Appeals granted.

MADLINGER, Respondent, v. EMPIRE CORK CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1905.) Action by Albert Madlinger against the Empire Cork Company.

PER CURIAM. Judgment and order affirmed, with costs.

HOOKER, J., not voting.

MAGEE v. NEW YORK CITY RY. CO. (Supreme Court, Appellate Division, First Department. November 17, 1905.) Action by Delia Magee, as administratrix, against the New York City Railway Company. No opinion. Motion denied, on payment of $10 costs.

MAIER v. REBSTOCK. (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) Action by Charles W. Maier against Joseph H. Rebstock.

PER CURIAM. Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment ordered for the plaintiff on the verdict, with costs. See opinion of this court in same case on former appeal, reported 92 App. Div. 587, 87 N. Y. Supp. 85.

McLENNAN, P. J., and NASH, J., dissent, on the grounds and for the reasons stated in the dissenting opinion in same case, reported 92 App. Div. 587–592, 87 N. Y. Supp. 85.

MAIER v. REBSTOCK. (Supreme Court, Appellate Division, Fourth Department. November 22, 1905.) Action by Charles W. Maier against Joseph H. Rebstock. No opinion. It appearing that the amendment asked for is unnecessary, the motion to amend the order of this court is denied, without costs. See 87 N. Y. Supp. 85.

MANHATTAN CONSUMERS' BREWING CO., Appellant, v. FIDELITY & CASUALTY CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by the Manhattan Consumers' Brewing Company against the Fidelity & Casualty Company of New York. H. S. Marshall, for appellant. E. A. Jones, for respondent. No opinion. Judgment affirmed, with costs.

MANHEIM, Respondent, v. RATNER, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Jacob Manheim against Charles Ratner. B. R. Duncan, for appellant. J. Manheim, for respondent. No opinion. Judgment and order affirmed, with costs.

In re MARINE CONSTRUCTION & DRY DOCK CO. et al. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) In the matter of the Marine Construc-